ACCEPTED
01-15-00603-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/8/2019.2075180728:41 AM
Chris Daniel - District Clerk Harris County PRINE
Envelope No. 5989316 CLERK
By: Michelle Wojcik
Filed: 7/8/2015 6:07:18 PM

CAUSE NO. 2014-44533

<table>
<tr><td>GRACE BUSINESS INVESTMENTS LLC,</td><td>§<br>§<br>§<br>§<br>§</td><td>IN THE DISTRICT COURT<br><br>FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>7/14/2015 10:28:41 AM<br>CHRISTOPHER A. PRINE<br>Clerk</td></tr>
<tr><td>Plaintiffs,</td><td>§<br>§</td><td></td></tr>
<tr><td>v.</td><td>§<br>§</td><td>OF HARRIS COUNTY, TEXAS</td></tr>
<tr><td>HARRIS COUNTY APPRAISAL DISTRICT,</td><td>§<br>§<br>§</td><td></td></tr>
<tr><td>Defendant.</td><td>§<br>§<br>§</td><td>55th JUDICIAL DISTRICT</td></tr>
</table>

## NOTICE OF APPEAL

The Harris County Appraisal District, Defendant in the above-numbered and entitled cause, desires to appeal from the Final Judgment signed on June 8, 2015, and in lieu of appeal bond from which Defendant is exempt, gives this notice of appeal from such judgment and all portions thereof to the Court of Appeals for the First or Fourteenth Supreme Judicial District of Texas at Houston.

Respectfully submitted,

OLSON & OLSON, L.L.P.

By: _____

Denis Potvin
State Bar No. 24074909
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone:    (713) 533-3800
Telecopy:    (713) 533-3888
Email:  serv.dpotvin@olsonllp.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, a true and correct copy of the foregoing Notice of Appeal was served via:

☐      telecopy

☐      certified mail, return receipt requested

☒      electronic service

to Dan McDonald, McDONALD LAW FIRM, P.C., 3100 W. 7th Street, Suite 230, Fort Worth, Texas 76107, (817) 717-5082.

_____
Denis Potvin

2014-44533; Grace Business Investments LLC v. HCAD   2
Notice of Appeal